HOMER L. HOUSEHOLDER, Respondent, *v.* TOWN OF GRAND ISLAND, ERIE COUNTY, Appellant.

Submitted October 23, 1952; decided October 24, 1952.

*Wortley B. Paul* for motion.
*John R. Weaver* opposed.

Motion denied, with $10 costs and necessary printing disbursements, upon the ground that an appeal lies as of right.